## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| | |
| Rachel Perillo | |

April 17, 2023

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   United States v. Nicolas Eustate Paulino
            22 Cr. 023 (JPO)

Dear Judge Oetken:

    I represented Mr. Nicolas Eustate Paulino in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 18.2 hours, nunc pro tunc to June 23, 2022, assisting me in this matter. Much of that time involved phone calls with his family and work on the sentencing memorandum.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $120.00 for associate time spent representing Mr. Paulino in this matter.  Thank you very much.

Granted.
So ordered.
 4/21/2023

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

_____
J. PAUL OETKEN
United States District Judge